**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As "Capital One"

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| PATRICIA E. NAVE, | Case No. 2:15-cv-02275-JCM-PAL |
| Plaintiff, | *Assigned to Judge James C. Mahan*<br>*Referred to Magistrate Judge Peggy*<br>*A. Leen* |
| v. | **STIPULATION TO EXTEND** |
| CAPITAL ONE, CHASE, CITIFINANCIAL AUTO, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC., and EQUIFAX INFORMATION SERVICES, LLC, | **TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |
| | Complaint Served:        11/19/2015<br>New Response Date:    12/23/2015 |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff Patricia E. Nave, by and through her counsel of record, David H. Krieger, Esq. of Haines & Krieger, LLC, and Defendant Capital One Bank (USA), N.A., sued erroneously as "Capital One" (hereinafter "Capital One"), by and through its counsel of record, Brandon C. Fernald, Esq. of Fernald Law Group LLC, hereby submit this stipulation to extend Capital One's time to file a responsive pleading, as follows:

**WHEREAS:**

1.    Plaintiff filed the Complaint in this matter in the Eighth Judicial District Court of Nevada on August 5, 2015, and effectuated service of his Summons and Complaint on Capital One on or about November 19, 2015;

2.    Defendant Select Portfolio Servicing, Inc. filed a Petition of Removal and removed the matter to this Court on December 2, 2015;

3.    The Parties agree that a brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4.    Capital One and Plaintiff have agreed to extend Capital One's current deadline to respond to Plaintiff's Complaint by fourteen (14) days to Friday, December 23, 2015;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

2      Capital One's time to file a responsive pleading to Plaintiff's Complaint is

3  extended to and including December 23, 2015.

4

5  DATED:  December 11, 2015        **KAZEROUNI LAW GROUP, APC**

6

7                                   By: */s/ Michael Kind*_____
                                         MICHAEL KIND
8                                        Nevada Bar No. 13903
                                     Attorneys for Plaintiff
9                                    TOMMY D. DAVIS

10

11 DATED:  December 11, 2015        **FERNALD LAW GROUP LLP**

12

13                                  By:_*/s/ Brandon C. Fernald*_____
                                         BRANDON C. FERNALD
14                                       Nevada Bar No.10582
                                     Attorneys for Defendant,
15                                   CAPITAL ONE BANK (USA), N.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## ORDER

The Court has reviewed the Stipulation filed by Plaintiff Tommy D. Davis and Defendant Capital One Bank (USA), N.A., named as "Capital One" ("Capital One"), to extend Capital One's time to file a responsive pleading by 14 days.  The Stipulation is incorporated herein by reference.  Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended.  Capital One shall file its responsive pleading to the Complaint on or before December 23, 2015.

**IT IS SO ORDERED.**

DATED: ___December 21, 2015___

_____
The Honorable Peggy A. Leen
United States Magistrate Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT