Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

Attorneys for Defendant Chase

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>   Plaintiff,<br><br>vs.<br><br>CAPITAL ONE; CHASE; CITIFINANCIAL AUTO; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | CASE NO.: 2:15-cv-02275-JCM-PAL<br><br>STIPULATION AND ORDER TO EXTEND CHASE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

Plaintiff and JPMorgan Chase Bank, N.A. ("Chase") stipulate and agree that Chase has up to and including February 3, 2016 to respond to plaintiff's complaint, as the parties discuss potential resolution of the claims alleged against Chase. This request is made in good faith and not made for purposes of delay.

[Continued on following page.]

DMWEST #13471138 v2

Dated: December 15, 2015

Ballard Spahr LLP

By: /s/ Lindsay Demaree
Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant Chase*

Kazerouni Law Group, APC

By: /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
(800-400-6808
mkind@kazlg.com

Haines & Krieger, LLP
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
(702) 880-5554
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2015

2

DMWEST #13471138 v2

## CERTIFICATE OF MAILING

I hereby certify that on December 15, 2015, a true copy of the foregoing STIPULATION AND ORDER was filed via the Court's CM/ECF System and electronically served by the Court on the following parties:

Chelsea Crowton
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
ccrowton@wrightlegal.net

Kristin A Schuler-Hintz
McCarthy & Holthus, LLP
9510 West Sahara Avenue
Suite 110
Las Vegas, NV 89117
702-685-0329
FDCNV@mccarthyholthus.com

Brandon Claus Fernald
Fernald Law Group LLP
6236 Laredo Street
Las Vegas, NV 89146
(702) 410-7500
brandon.fernald@fernaldlawgroup.com

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP

DMWEST #13471138 v2