Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>           Plaintiff,<br><br>vs.<br><br>CAPITAL ONE; CHASE; CITIFINANCIAL AUTO; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | CASE NO.: 2:15-cv-02275-JCM-PAL<br><br>STIPULATION AND ORDER TO EXTEND CHASE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Second Request) |

JPMorgan Chase Bank, N.A.'s ("Chase") response to the complaint is due February 3, 2016. Plaintiff and Chase stipulate and agree that Chase has up to and including February 19, 2016 to respond to plaintiff's complaint, as the parties discuss potential resolution of the claims alleged against Chase. This request is made in good faith and not made for purposes of delay.

[Continued on following page.]

DMWEST #13815825 v1

1  Dated: February 2, 2016

2  Ballard Spahr LLP                                    Kazerouni Law Group, APC

3
                                                        By:   /s/ Michael Kind
4  By: /s/ Lindsay Demaree                              Michael Kind
   Abran E. Vigil                                       Nevada Bar No. 13903
5  Nevada Bar No. 7548                                  7854 W. Sahara Avenue
   Lindsay Demaree                                      Las Vegas, Nevada 89117
6  Nevada Bar No. 11949                                 (800-400-6808
   100 North City Parkway, Suite 1750                   mkind@kazlg.com
7  Las Vegas, Nevada 89106
                                                        Haines & Krieger, LLP
8  *Attorneys for Defendant JPMorgan*                   David H. Krieger
   *Chase Bank, NA*                                     Nevada Bar No. 9086
9                                                       8985 S. Eastern Avenue, Suite 350
                                                        Henderson, Nevada 89123
10                                                      (702) 880-5554
                                                        Email: dkrieger@hainesandkrieger.com
11
                                                        *Attorneys for Plaintiff*
12

13
                                                        **ORDER**
14
                                                        IT IS SO ORDERED:
15

16  _____
                                                        UNITED STATES MAGISTRATE JUDGE
17

18                                                      DATED:  February 5, 2016

Ballard Spahr LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000 Fax (702) 471-7070

2

DMWEST #13815825 v1