Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE; CHASE; CITIFINANCIAL AUTO; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | CASE NO.: 2:15-cv-02275-JCM-PAL<br><br>STIPULATION AND ORDER TO EXTEND CHASE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Third Request) |

JPMorgan Chase Bank, N.A.'s ("Chase") response to the complaint is due February 19, 2016. Plaintiff and Chase stipulate and agree that Chase has up to and including March 21, 2016 to respond to plaintiff's complaint, as the parties discuss potential resolution of the claims alleged against Chase. This request is made in good faith and not made for purposes of delay.

*[Continued on following page.]*

DMWEST #13866610 v1

Dated: February 18, 2016

| | |
|---|---|
| Ballard Spahr LLP | Kazerouni Law Group, APC |
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>(800-400-6808<br>mkind@kazlg.com |
| *Attorneys for Defendant JPMorgan Chase Bank, NA* | Haines & Krieger, LLP<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>Email: dkrieger@hainesandkrieger.com |
| | *Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2016

2

DMWEST #13866610 v1

## CERTIFICATE OF MAILING

I hereby certify that on February 18, 2016, a true copy of the foregoing STIPULATION AND ORDER was filed via the Court's CM/ECF System and electronically served by the Court on the following parties:

Chelsea Crowton
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
ccrowton@wrightlegal.net

Kristin A Schuler-Hintz
McCarthy & Holthus, LLP
9510 West Sahara Avenue
Suite 110
Las Vegas, NV 89117
702-685-0329
FDCNV@mccarthyholthus.com

Brandon Claus Fernald
Fernald Law Group LLP
6236 Laredo Street
Las Vegas, NV 89146
(702) 410-7500
brandon.fernald@fernaldlawgroup.com

/s/ C. Wells
An employee of BALLARD SPAHR LLP

3

DMWEST #13866610 v1