1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

\* \* \*

7

| PATRICIA E. NAVE, | Case No. 2:15-cv-02275-GMN-PAL |

8

Plaintiff,                    ORDER

9

v.

CAPITAL ONE, et al.

10

Defendants.

11

12      Before the court is the Notice of Settlement Between Plaintiff and Defendant Chase

13  (Dkt. #57).  The parties advise that a settlement has been reached and that a stipulation to dismiss

14  should be filed within 60 days.  Accordingly,

15      **IT IS ORDERED** that Plaintiff and Defendant Chase shall have until **May 20, 2016,** to

16  file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will

17  be filed.

18      DATED this 25th day of March, 2016.

19

20

_____

PEGGY A. LEEN

21  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28