UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| PATRICIA E. NAVE, | | Case No. 2:15-cv-02275-GMN-PAL |
| | Plaintiff, | ORDER |
| v. | | |
| CAPITAL ONE, et al. | | |
| | Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Citifinancial Auto (Dkt. #67).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Citifinancial Auto shall have until **July 1, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 9th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE