J Christopher Jorgensen (SBN 5382)
CJorgensen@LRRC.com
Dale Kotchka-Alanes (SBN 13168)
MKotchkaAlanes@LRRC.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant*
*CitiFinancial Auto*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE; CHASE; CITIFINANCIAL AUTO; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-02275-JCM-PAL<br><br>**JOINT MOTION TO DISMISS CITIFINANCIAL AUTO WITH PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS TO ANY PARTY** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and their Settlement Agreement, Plaintiff Patricia E. Nave ("Nave" or "Plaintiff") and Defendant CitiFinancial Auto ("CitiFinancial" or "Defendant") hereby agree and stipulate to dismiss CitiFinancial only with prejudice and without an award of attorneys' fees or costs made between Plaintiff and Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

7684630_1

The Court shall retain jurisdiction over the parties for the limited purpose of enforcing the Settlement Agreement.

**IT IS SO AGREED AND STIPULATED:**

| Kazerouni Law Group, APC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ Michael Kind<br>Michael Kind<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff* | /s/ J Christopher Jorgensen<br>J Christopher Jorgensen<br>Dale Kotchka-Alanes<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>*Attorneys for Defendant CitiFinancial Auto* |
| Haines & Krieger, LLC | Hyde & Swigart |
| /s/ David H. Krieger<br>David H. Krieger<br>8985 S. Eastern Ave., #350<br>Henderson, NV 89123<br>*Attorneys for Plaintiff* | /s/ Sara Khosroabadi<br>Sara Khosroabadi<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 17, 2016