UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA E. NAVE, | Case No. 2:15-CV-2275 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CAPITAL ONE, et al., | |
| Defendant(s). | |

Presently before the court is defendant Capital One's motion to dismiss. (ECF No. 19). Instead of opposing the motion, plaintiff Patricia E. Nave filed a valid notice of voluntary dismissal of her claims against Capital One pursuant to FRCP 41(a)(1)(A)(i). (ECF No. 23). The motion is therefore denied as moot.

Also before the court is defendant CitiFinancial Auto's ("Citi") motion for judgment on the pleadings or, in the alternative, motion for summary judgment. (ECF No. 39). After defendant filed the motion, plaintiff and Citi stipulated to dismissal of plaintiff's claims against Citi pursuant to FRCP 41(a)(1)(A)(ii). (ECF No. 80). Therefore this motion is also denied as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Capital One's motion to dismiss (ECF No. 19) be, and the same hereby is, DENIED as moot.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1       IT IS FURTHER ORDERED that defendant CitiFinancial Auto's motion for judgment on
2 the pleadings or, in the alternative, motion for summary judgment (ECF No. 39) be, and the same
3 hereby is, DENIED as moot.

4       DATED June 22, 2016.

                                                              */s/ James C. Mahan*
                                                           UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**