1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PATRICIA E. NAVE,

                             Plaintiff,

   v.

CAPITAL ONE, et al.

                          Defendants.

Case No. 2:15-cv-02275-GMN-PAL

ORDER

Before the court is the Notice of Settlement Between Plaintiff and Defendant Ocwen Loan Servicing, LLC (ECF No. 83).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Ocwen Loan Servicing, LLC shall have until **September 9, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 13th day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE