1  Michael Kind, Esq.
2  NV Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Phone: (800) 400-6808 x7
5  FAX: (800) 520-5523
6  mkind@kazlg.com

7  David H. Krieger, Esq.
8  NV Bar No. 9086
   **HAINES & KRIEGER, LLC**
9  8985 S. Eastern Avenue, Suite 350
10 Henderson, Nevada 89123
   Phone: (702) 880-5554
11 FAX: (702) 385-5518
12 dkrieger@hainesandkrieger.com

13 *Attorneys for Plaintiff*

14

15             **UNITED STATES DISTRICT COURT**
16                    **DISTRICT OF NEVADA**
17

| | |
|---|---|
| PATRICIA E. NAVE, | Case No: 2:15-cv-02275-JCM-PAL |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** |
| v. | |
| CAPITAL ONE, CHASE, CITIFINANCIAL AUTO, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC. and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Patricia E. Nave and Defendant JPMorgan Chase Bank, N.A. (incorrectly named as "Chase") ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 19th day of August 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Ballard Spahr**

By: /s/   Lindsay C Demaree
Abran E. Vigil, Esq.
Lindsay C Demaree, Esq.
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
*Attorneys for JPMorgan Chase Bank, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 22, 2016
_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 19, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117