Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, CHASE, CITIFINANCIAL AUTO, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No: 2:15-cv-02275-JCM-PAL<br><br>**FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT OCWEN LOAN SERVICING, LLC** |

## JOINT STATUS REPORT

The dispute between Plaintiff Patricia E. Nave ("Plaintiff") and Ocwen Loan Servicing, LLC ("Ocwen") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms and are circulating settlement documents for approval and execution. The Parties anticipate filing dismissal documents as to Ocwen within 30 days—on or before October 9, 2016

DATED this 12th day of September 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Wright, Finlay & Zak, LLP**

By: /s/ Ink Nam
Ink Nam, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Ocwen Loan Servicing, LLC*

**IT IS ORDERED** that the parties shall have until October 9, 2016, to file a stipulation for dismissal.

Dated this 14th day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 12, 2016, the foregoing FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT OCWEN LOAN SERVICING, LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117