Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>           Plaintiff,<br><br>v.<br><br>CAPITAL ONE, CHASE, CITIFINANCIAL AUTO, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | Case No: 2:15-cv-02275-JCM-PAL<br><br>**THIRD JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT OCWEN LOAN SERVICING, LLC** |

**JOINT STATUS REPORT**

The dispute between Plaintiff Patricia E. Nave ("Plaintiff") and Ocwen Loan Servicing, LLC ("Ocwen") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms and have agreed to an approved settlement agreement. Plaintiff has exchanged an executed copy of the agreement and is still waiting for Defendant to execute the agreement. It appears there may have been a delay processing in light of the prior service transfer of the loan. The Parties anticipate filing dismissal documents within 30 days—on or before December 9, 2016.

DATED this 9th day of November 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Wright, Finlay & Zak, LLP**

By: /s/ Inku Nam
Inku Nam, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Ocwen Loan Servicing, LLC*

IT IS ORDERED that Plaintiff and Defendant Ocwen Loan Servicing, LLC shall have until December 9, 2016, to file a stipulation to dismiss.

Dated: November 10, 2016

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 9, 2016, the foregoing JOINT STATUS REPORT was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
  Michael Kind
  7854 W. Sahara Avenue
  Las Vegas, NV 89117