Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Patricia E. Nave*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, CHASE, CITIFINANCIAL AUTO, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No: 2:15-cv-02275-JCM-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Patricia E. Nave and Defendant Ocwen Loan Servicing, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of November 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Wright, Finlay & Zak, LLP**

By: /s/ Inku Nam
Inku Nam, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Ocwen Loan Servicing, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 17, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 15, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117