Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Patricia E. Nave*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA E. NAVE, | Case No.: 2:15-cv-02275-JCM-PAL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS SELECT PORTFOLIO SERVICING, INC. WITH PREJUDICE AND ORDER** |
| CAPITAL ONE, CHASE, CITIFINANCIAL AUTO, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC. and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

sf-3662940

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Patricia Nave ("Plaintiff")
2  and Defendant Select Portfolio Servicing, Inc. hereby jointly move for an order dismissing
3  Plaintiff's claims against Defendant Select Portfolio Servicing, Inc., with prejudice.  Each party
4  shall bear its own costs and attorneys' fees.

DATED this 14th day of July, 2016.

| WRIGHT, FINLAY & ZAK LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Chelsea Crowton | /s/ Michael Kind |
| Chelsea Crowton, Esq. | Michael Kind, Esq. |
| Nevada Bar No. 11547 | Nevada Bar No. 13903 |
| 7785 W. Sahara Avenue, Ste. 200 | 7854 W. Sahara Avenue |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89117 |
| *Attorney for Defendant Select Portfolio Servicing, Inc.* | *Attorney for Plaintiff Patricia Nave* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2016

1

sf-3662940

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing **JOINT MOTION TO DISMISS SELECT PORTFOLIO SERVICING, INC. WITH PREJUDICE AND [PROPOSED] ORDER** was made on the 14th day of July, 2016, to all counsel identified on the CM/ECF System via Electronic Notification.

       /s/ Michael Kind
       Michael Kind

1

sf-3662940